# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ, | Case No. 1:14-cv-01916-SKO (PC) |
| Plaintiff, | ORDER DISREGARDING NOTICE |
| v. | (Doc. 9) |
| NELLY KANDKHOROVA, et al., | |
| Defendants. | |

Plaintiff Alejandro Gonzalez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 3, 2014. On August 24, 2015, Plaintiff filed a notice regarding his letter to the United States Marshals Office requesting service of his complaint on Defendants Kandkhorova and Cryer. The Marshals Office will initiate service on Plaintiff's behalf only upon court order, and the Court will order it to do so only after his complaint is screened and found to state cognizable claims for relief. 28 U.S.C. §§ 1915(d), 1915A; Fed. R. Civ. P. 4(c)(3); Doc. 2, 1st Info. Order, § III(B). In this case, Plaintiff has been ordered to file either an amended complaint or a notice of his willingness to proceed only on his cognizable claim against Defendant Kandkhorova.

///
///
///
///

1 | Based on the foregoing, Plaintiff's notice regarding his request to the Marshals Office for
2 | service is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **October 13, 2015**                                    /s/ Sheila K. Oberto
                                                                                    UNITED STATES MAGISTRATE JUDGE

2