# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ, | Case No. 1:14-cv-01916-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 10) |
| NELLY KANDKHOROVA, et al., | |
| Defendants. | |

Plaintiff Alejandro Gonzalez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 3, 2014. On September 28, 2015, Plaintiff filed a notice regarding his due diligence in attempting to have the United States Marshals Office serve his complaint on Defendants Kandkhorova and Cryer, and he requests an order directing service.

As Plaintiff was informed in a separate order issued concurrently with this order, the Marshals Office will initiate service on Plaintiff's behalf only upon court order, and the Court will order it to do so only after his complaint is screened and found to state cognizable claims for relief. 28 U.S.C. §§ 1915(d), 1915A; Fed. R. Civ. P. 4(c)(3); Doc. 2, 1st Info. Order, § III(B). In this case, Plaintiff has been ordered to file either an amended complaint or a notice of his willingness to proceed only on his cognizable claim against Defendant Kandkhorova. If Plaintiff amends, his amended complaint will be screened in due course, and if he elects to proceed only

against Defendant Kandkhorova, the Court will automatically direct the Marshal to initiate service of process. It is unnecessary for Plaintiff to request service.

Based on the foregoing, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **October 13, 2015**      /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2