# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ, | Case No. 1:14-cv-01916-SKO (PC) |
| Plaintiff, | ORDER DENYING DISCOVERY MOTION |
| v. | (Doc. 20) |
| NELLY KANDKHOROVA, | |
| Defendant. | |

Plaintiff Alejandro Gonzalez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 3, 2014. This action is proceeding against Defendant Nelly Kandkhorova, M.D. ("Defendant"), on Plaintiff's Eighth Amendment claim arising out of the medical treatment provided to Plaintiff for his chronic pain.

On December 14, 2015, Plaintiff filed a motion seeking specific discovery from the California Department of Corrections and Rehabilitation and from California Substance Abuse Treatment Facility and State Prison. Defendant has not yet been served with the summons and complaint or returned a waiver of service. Fed. R. Civ. P. 4(d), (e). Moreover, once Defendant is served or waives service and makes an appearance in the action, the discovery phase will not be open until an answer is filed and the Court issues a scheduling order opening discovery. Finally, once discovery is open, discovery requests must be served directly on Defendant through counsel;

discovery requests are not to be filed with the Court.[1]  Plaintiff is directed to review the first informational order, filed on December 6, 2014.  (Doc. 2, Order, § V.)

Based on the foregoing, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **December 24, 2015**              /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is notified that a *Pitchess* motion, which he referenced in the caption of his motion, is a state discovery procedure and is misplaced in this federal civil rights action.  *Riverside Cnty. Sheriff's Dep't v. Stiglitz*, 60 Cal.4th 624, 630, 339 P.3d 295, 299 (Cal. 2014) (under California law, a *Pitchess* motion allows the applicant to seek certain law enforcement personnel records upon a showing of good cause) (citation and quotation marks omitted).  Plaintiff is required to seek discovery in compliance with the Federal Rules of Civil Procedure, and Rule 34 governs requests for the production of documents.  If Defendant serves an objection to a properly served request for the production of documents and Plaintiff believes the documents are discoverable, his recourse is to file a motion to compel.  Fed. R. Civ. P. 26(b)(1), 37(a).  Plaintiff may not file a request for documents directly with the Court.  At this juncture, however, any attempt to engage discovery is premature.