# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KANDKHOROVA,<br><br>  Defendant. | Case No. 1:14-cv-01916 DAD DLB PC<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO WITHDRAW ACTION<br><br>(Document 33) |

Plaintiff Alejandro Gonzalez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action, proceeding on Plaintiff's Eighth Amendment claim against Defendant Kandkhorova, is currently in discovery.

On February 25, 2016, Plaintiff filed a motion to withdraw this action. Defendant is ORDERED to respond to Plaintiff's request within ten days from the date of service of this order. Any dismissal would be without prejudice. Fed.R.Civ.P. 41(a)(2).

IT IS SO ORDERED.

   Dated:  **February 26, 2016**              /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE

1