UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NELLY KANDKHOROVA,<br><br>　　　　　　Defendant. | No. 1:14-cv-01916-DAD-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CASE<br><br>(Doc. No. 33) |

　　　　Plaintiff is a prisoner in the custody of the California Department of Corrections and Rehabilitation proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The action, proceeding on plaintiff's Eighth Amendment claim against defendant Nelly Kandkhorova, is currently in the discovery phase of litigation.

　　　　However, on February 25, 2016, plaintiff filed with the court a motion to withdraw his claim and to close this case. (Doc. No. 33.) The court directed counsel for defendant to respond to plaintiff's request in light of the fact that any dismissal at plaintiff's request would be without prejudice. (Doc. No. 34.) Defendant responded on February 29, 2016 that there was no objection to the granting of plaintiff's motion. (Doc. No. 35.)

/////

/////

1

1  Accordingly, plaintiff's motion to withdraw this action (Doc. No. 33) is GRANTED and
2  this action is hereby DISMISSED WITHOUT PREDUCE.  Fed. R. Civ. P. 41(a)(2).  The Clerk
3  of Court is directed to CLOSE the case.
4  IT IS SO ORDERED.
5
6  Dated: **March 9, 2016**          _____
                                      UNITED STATES DISTRICT JUDGE